50,350-02,03,06

Dear Mr. Acosta                    11-16-15

I've written to you in the past requesting a docket
sheet which would show all my prior filing of my
past 11.07's under cause # 779737. This cause number
was left out of my first letter. So i'm adding it to this one.
Thank You for Your Generous Help In This Matter.

Sincerely,
s/Robert mitchell Alexander
Robert mitchell Alexander
TDCJ-ID 830440
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705-763860

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk